In The Honorable Court 3/20/15
of Criminal Appeals 12,375-24
Att: Inquiry

Greetings, this is an inquiry into a Mandamus I Attempted to have filed in your court.

It complaint of Jefferson County 252nd Criminal District Court refusal to file writ of Habeas Corpus in cause no. 36429, and 36678. No writ Abuse in these cause, never been filed.

The State Answer Always Allege a different cause, that have different conviction, and different offense I am not and have not filed on cause No. 39295.

This Mandamus was sent to you around Jan-Feb. 2015.

Thank you)

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

Herbert Feist #18805
Jefferson County Jail
5030 Hwy 69 South
Beaumont, Tx. 77705